**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**DIEP VU HO, a.k.a. Dumbo, a.k.a.**
**Quoc T. Ho, Defendant–**
**Appellant.**

No. 10–13548.

United States Court of Appeals,
Eleventh Circuit.

May 2, 2011.

Steven E. Butler, Assistant U.S. Attorney, Gloria A. Bedwell, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Raymond Arthur Pierson, Attorney at Law, Mobile, AL, for Defendant–Appellant.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Diep Vu Ho in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Ho's convictions and sentences are **AFFIRMED.**